KEVIN G. HORBATIUK (KGH-4977)
MATTHEW P. MAZZOLA (MM-7427)
RUSSO, KEANE & TONER, LLP
Attorneys for Defendant
**CUNNINGHAM DUCT WORK s/h/i/a**
**CUNNINGHAM DUCT CLEANING CO., INC.**
26 Broadway - 28th Floor
New York, New York 10004
(212) 482-0001

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------x

| | |
|---|---|
| **IN RE COMBINED WORLD TRADE CENTER AND LOWER MANHATTAN DISASTER SITE LITIGATION** | 21 MC 102 (AKH) |
| -----------------------------------------------------------------------x | |
| **SUSAN BONIFAZ,** | DOCKET NO.: 08 CV 2574 |
| Plaintiff, | |
| -against- | |
| **100 CHURCH, LLC, AMBIENT GROUP, INC., CUNNINGHAM DUCT CLEANING CO. INC., GPS ENVIRONMENTAL CONSULTANTS, HILLMAN ENVIRONMENTAL GROUP, INC., INDOOR ENVIRONMENTAL TECHNOLOGY, INC., LAW ENGINEERING, P.C., MERRILL LYNCH & CO., INC., ROYAL AND SUNALLIANCE INSURANCE GROUP, PLC., TRC ENGINEERS, INC., VERIZON NEW YORK, INC., AND ZAR REALTY MANAGEMENT,** | **NOTICE OF APPEARANCE** |
| Defendants. | |

-----------------------------------------------------------------------x

To the Clerk of this Court and all parties of record:

Enter my appearance as counsel in this case for:

**CUNNINGHAM DUCT WORK s/h/i/a**
**CUNNINGHAM DUCT CLEANING CO., INC.**

I certify that I am admitted to practice in this court.

Dated: New York, New York
      April 22, 2008

                Kevin G. Horbatiuk
                Kevin G. Horbatiuk (KGH4977)
                Matthew P. Mazzola (MM-7427)
                Attorneys for Defendant
                **CUNNINGHAM DUCT WORK s/h/i/a**
                **CUNNINGHAM DUCT CLEANING CO., INC.**
                RUSSO, KEANE & TONER, LLP
                26 Broadway, 28th Floor
                New York, New York 10004
                (212) 482-0001
                RKT File No. 824.078

TO:    CHRISTOPHER R. LaPOLA, ESQ.,
        WORBY GRONER EDELMAN & NAPOLI BERN, LLP
        Attorney for Plaintiff
        **SUSAN BONIFAZ**
        115 Broadway - 12th Floor
        New York, New York 10006
        (212) 267-3700

## CERTIFICATION OF SERVICE

I hereby certify that a copy of the above and foregoing has been served upon the following listed person by placing a copy of the same in the United States mail, postage prepared and properly addressed, this the 22nd day of April, 2008.

CHRISTOPHER R. LaPOLA, ESQ.,
WORBY GRONER EDELMAN & NAPOLI BERN, LLP
Attorney for Plaintiff
**SUSAN BONIFAZ**
115 Broadway 12th Floor
New York, New York 10006

*/s/ Kevin G. Horbatiuk*
**KEVIN G. HORBATIUK**