UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
                                                          :
IN RE WORLD TRADE CENTER LOWER          :    21 MC 102 (AKH)
MANHATTAN DISASTER SITE LITIGATION      :
                                                          :
                                                          :
                                                          :
                                                          :
                                                          :
----------------------------------------------------------------X
                                                          :
SUSANA BONIFAZ,                                   :    08-CV-02574-AKH
                                                          :
                                Plaintiff,         :
                                                          :    **APPEARANCE**
     - against -                                     :
                                                          :    **ELECTRONICALLY FILED**
100 CHURCH, LLC, *et al.*,                      :
                                                          :
                                Defendants.        :
----------------------------------------------------------------X

To the Clerk of this Court and all parties of record:

Enter my appearance as counsel in this case for:

**MERRILL LYNCH & CO., INC.**

I certify that I am admitted to practice in this court.


Dated:  New York, New York              DICKSTEIN SHAPIRO LLP
           June 26, 2008

                                    By:        /s/ Judith R. Cohen
                                           _____
                                           Judith R. Cohen (JC-8614)
                                           1177 Avenue of the Americas
                                           New York, New York 10036
                                           Phone: (212) 277-6500
                                           Fax: (212) 277-6501

                                           *Attorney for Defendant*
                                           MERRILL LYNCH & CO., INC.

DOCSNY-314077